# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00047-CV

### Community of Christ and Mark Euritt, Appellants

### v.

### Susan J. Calloway, as Attorney in Fact of Sally Wheeler f/k/a Sarah Wheeler, Appellee

### FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
### NO. 18-1086, THE HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellants Community of Christ and Mark Euritt have filed an agreed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed on Appellants' Motion

Filed: May 10, 2019